Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

Division

| | |
|---|---|
| Pro Se Lawrence Wells <br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> **Royal Caribbean International Cruises LTD** <br> **Toni Caine-Master, Luksa Moretic Staff** <br> **Captain, Colin J. Clarke Department** <br> **Head, Gabriela Moeanu HR, Balamurugan** <br> **Kaliyamoorthy Executive Chef, Catalin Tanase** <br> **F&B Director** <br> <br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br> <br> Jury Trial: *(check one)*  X  Yes   ☐ No   ☐ |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Lawrence Maurice Wells |
   | Street Address | 3718 Hayfort CT |
   | City and County | Austell |
   | State and Zip Code | 30106 |

| | |
|---|---|
| Telephone Number | 718-810-4373 |
| E-mail Address | wlawrencewells257@gmail.com-lawrence.wells18@gmail.com |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | **Toni Caine-Master,** |
| Job or Title *(if known)* | Master- Mariner Of The Sea |
| Street Address | 1050 Caribbean Cruises LTD |
| City and County | Miami |
| State and Zip Code | Florida  33132 |
| Telephone Number | 305-539-6000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | **Luksa Moretic** |
| Job or Title *(if known)* | Staff  Captian Mariner Of The Sea |
| Street Address | 1050 Caribbean Cruises LTD |
| City and County | Miami |
| State and Zip Code | Florida  33132 |
| Telephone Number | 305-539-6000 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | **Colin J. Clarke** |
| Job or Title *(if known)* | **Department Head-**Mariner Of The Sea |
| Street Address | 1050 Caribbean Cruises LTD |
| City and County | Miami |
| State and Zip Code | Florida  33132 |
| Telephone Number | 305-539-6000 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | **Gabriela Moeanu** |
| Job or Title *(if known)* | HR- Mariner Of The Sea |
| Street Address | 1050 Caribbean Cruises LTD |
| City and County | Miami |
| State and Zip Code | Florida  33132 |
| Telephone Number | 305-539-6000 |
| E-mail Address *(if known)* | |

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Royal Caribbean Cruises LTD |
| Street Address | 1050 Caribbean Cruises LTD |
| City and County | Miami |
| State and Zip Code | Florida  33132 |
| Telephone Number | 305-539-6000 |

**II.   Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

    x  ☐    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race,

color, gender, religion, national origin).

*(Note:  In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

    x  ☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note:  In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

    x  ☐    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

- [x] Other federal law *(specify the federal law)*:

  ILO International Labor Organization

- [ ] Relevant state law *(specify, if known)*:

- [ ] Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*:  ILO volitions

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
   4/5/2019 Mariner Of The Sea Miami Florida In port 8AM USA

C. I believe that defendant(s) *(check one)*:

|   |   | x | is/are still committing these acts against me. |
|---|---|---|---|
|   |   | ☐ | is/are not still committing these acts against me. |

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

| x | ☐ | race | American |
| x | ☐ | color | Afro- American |
|   | x ☐ | gender/sex | Male |
|   | ☐ | religion |   |
| x | ☐ | national origin | American |
| x | ☐ | age *(year of birth)* | 59   *(only when asserting a claim of age discrimination.)* |
|   | ☐ | disability or perceived disability *(specify disability)* |   |

E. The facts of my case are as follows. Attach additional pages if needed.

**I was hired by the above-named employer on November 27, 2018, as an Executive Sous Chef. On March 5, 2019, Bala Kaliyamoorthy, Executive Chef told me to change my time card because it violated the International Labor Organization regulation.**

**I refused to change my time. On March 8, 2019, I was discharged. The reason given for discharge was Gross Misconduct.**

**I believe that I have been discriminated against because of my race (African-American), my age (59), and retaliated against for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.**

Brief description of complaint or grievance. I was dismissed by the Master from Mariner Of The Sea from Royal Caribbean International on 03/08/2019. Of my race and age and American Citizen Lawrence Wells id # 436525 As Executive Sous Chef. For taking in Afro -American Female(Lindsey Karche, USA, stateroom 7575) (451) 947-9674.

Guest while on board who can to my cabin to talk to me for 10 minute. And it is posted that 2.5 officers can have guest visit in cabin while on board. Posted on Deck I on the ship information board for Crew & Officers on the I-95 walkway on all ships my tested was alcohol test indicated 0.015% alcohol in expired breath, which falls below company approved off-duty limit of 0.05%. I as a 2.5 officers and above are allowed to bring guests into their cabins. It stated I attended 2010 Management 2010 training, when I was Hired on December 1, 2018. I was not hired in 2010 at all!! I was 0854 Dismissed by Master for Gross Misconduct who were all white European panel Staff Captain Luksa Mortic, Department Head, Colin J Clarke, Human Resources Manager Gabriela Mocanu, After my guests performances raiding 90.8% on The Mariner Of The Sea. And ILO Issues from e-mail force to work and change time

records in my overtime ILO Issues. I will enclose all time work records and photo of posted my 2.5 officers benefits that are posted in company ONBOARD PRIVILEGE MATRIX. And copy of my employment contract stated. I did not have Sexual ContraWith Guest At All Has Been Noted!! I will also enclose all Text messages for guest on March 8, 2019 send to my cell phone number 718-810-4373 with my claims and from Lindsey Karche, USA, stateroom 7575) (451) 947-9674.

Retaliation from Ships Appeal received today. I have the Right To Sue In Federal Court In USA Under The EEOC Law Or Federal Law!!

5:57 AM (13 hours ago)

**ShipAppeals@rccl.com**

to me, ShipAppeals

Dear Mr. Wells,

We have received a notification from the EEOC that the charges you have filed against the company has been closed by the investigator, and that the decision to terminate is upheld.

We wish you the best in your future endeavors.

Sincerely,

HR Compliance & Advisory Services

Human Resources Department

Royal Caribbean Cruises LTD

Lawrence Wells

---

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

4/24/2019

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

x issued a Notice of Right to Sue letter, which I received on *(date)*    May 02,2019
☐

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.
x

## V. Relief

1. Lost of income since 4-8-2019 employment reinstatement with full benefits ASAP.
2. Back pay for all hours work or excess of 10 hours a day, all hours work under ILO violations of 1,200 extra hours that I was not paid for with overtime .All hours over 300 per month!! On both ships Mariner Of The Sea and Independence Of The Sea.
3. And damages of in violation of the Civil Rights Act of 1964 discriminated against because of my race (African-American), my age (59), and retaliated against for participating in a protected activity, in violation of Title VII of the Civil Rights Act of 1964, as amended, and the Age Discrimination in Employment Act of 1967, as amended.

4. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. 10,Million USD
5. **I will enclose all time recordand**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 5/15/2019

Signature of Plaintiff

Printed Name of Plaintiff: Pro Se Lawrence Maurice Wells

### B. For Attorneys

Date of signing: _____

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm                    _____

Street Address                      _____

State and Zip Code                  _____

Telephone Number                    _____

E-mail Address                      _____

